UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | Case No. 13-05983 |
| ) | |
| BARBARA A. KRAMARSKI, ) | |
| ) | Honorable Janet S. Baer |
| Debtor ) | |
| ) | Chapter 13 |

**CERTIFICATE OF SERVICE OF RESPONSE TO NOTICE OF FINAL CURE PAYMENT PURSUANT TO RULE 3002.1(g)**

The undersigned, being first duly sworn on oath, states that he personally served the attached Form 4100R, Response to Notice of Final Cure Payment on the following parties via first class mail, postage prepaid, on the 13th day of June, 2018, before the hour of 5:00 p.m., from 53 West Jackson Blvd, Chicago, IL 60604:

Barbara A. Kramarski
3163 Village Green Drive
Aurora, IL 60504

Patrick A. Meszaros
1100 W. Jefferson St.
Joliet, IL 60435

Glenn B. Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL 60532

/s/ Joel A. Schechter

Joel A. Schechter
Attorney No. 3122099
Law Offices of Joel A. Schechter
53 W. Jackson Blvd, Suite 1522
Chicago, IL 60604
312-332-0267